1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Ellen Black,<br><br>    Plaintiff,<br><br>v.<br><br>Projecthindsight.com, an Internet domain name; John Doe, an individual,<br><br>    Defendants. | Case No. 23-cv-02475-PHX-ROS<br><br>**[PROPOSED]**<br>**ORDER GRANTING PLAINTIFF'S**<br>**MOTION FOR EARLY DISCOVERY** |

15  The Court having considered Plaintiff's *Ex Parte* Motion for Early Discovery,
16  and good cause appearing, it is HEREBY ORDERED Plaintiff's motion is granted.
17     Pursuant to Fed. R. Civ. P. 26(d)(1), Plaintiff, the Estate of Ellen Black, is hereby
18  granted leave to pursue early discovery in the form and manner provided by the Federal
19  Rules of Civil Procedure. Such discovery shall be limited to information relevant to
20  determining the true identity of Defendant John Doe in this matter.
21     SO ORDERED.
22  DONE IN OPEN COURT THIS ___ day of _____ 2024.
23
24
25                                              _____
                                                Hon. Roslyn Silver
26                                              United States District Judge
27
28