David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Ellen Black,<br><br>    Plaintiff,<br><br>v.<br><br>Projecthindsight.com, an Internet domain name; John Doe, an individual,<br><br>    Defendants. | Case No. 23-cv-02475-PHX-ROS<br><br>**NOTICE OF DISMISSAL** |

    The claims in this matter have been resolved. As of today, no defendant has served an Answer or a motion for summary judgment.

    Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff gives notice that this matter is dismissed, with prejudice.

    RESPECTFULLY SUBMITTED: February 21, 2024.

**GINGRAS LAW OFFICE, PLLC**

_/s/ David S. Gingras_
David S. Gingras, Esq.
Attorney for Plaintiff